UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE TRAVELERS INDEMNITY COMPANY,

    Plaintiff,

-against-

FULMONT MUTUAL INSURANCE COMPANY,

    Defendant.
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

1:23-cv-7761-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle [ECF No. 9]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 20, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

*[signature: Mary Kay Vyskocil]*

**Date: October 19, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**